

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

271 Cadman Plaza East
Brooklyn, New York 11201

June 18, 2018

ECF

Honorable Cheryl L. Pollak
United States Magistrate Judge
225 Cadman Plaza East
Brooklyn, New York 11201

> Re: Layne Johnson v. U.S.A.
> Civil Action No. 16-3919

Dear Magistrate Judge Pollak:

As Your Honor is aware, this is an FTCA case brought by a former inmate at the MDC who sustained a rupture of his Achilles tendon while playing handball. Plaintiff alleges that the care he received for his injuries deviated from acceptable medical practice.

The undersigned is writing to request a 30 day adjournment of the present deadline for the defendant United States to serve its expert reports. The present deadline is June 16, 2018 and the amended deadline would be July 16, 2018. Additionally, the settlement conference now set for June 26, 2018 would need to be adjourned until after July 26, 2018. Plaintiff has consented to these proposed adjournments.

This proposed adjournment is necessary because the undersigned just yesterday completed the trial of *Gioeli v. United States*, CV-14-6806, before Judge Kiyo A. Matsumoto, which trial demanded his complete attention.

*Request granted*
*Conference adjourned*
*to 7/30 at 9:30*

*So Ordered*
*s/s/ Cheryl Pollak*
*USMJ*
*6/19/18*

The undersigned would like to thank the court for its consideration of this application.

Very truly yours,

RICHARD P. DONOGHUE

United States Attorney

By: <u>Kevan Cleary</u>
Kevan Cleary
Assistant U.S. Attorney
(718) 254-6027

kevan.cleary@usdoj.gov